**2010–0722.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 09–1095–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio and is scheduled for oral argument on Tuesday, March 22, 2011.

It is ordered by the court, sua sponte, that Columbus Southern Power Company and Ohio Power Company shall not be permitted to orally argue as an appellant in this case. Pursuant to S.Ct.Prac.R. 9.5, each side shall be allotted 15 minutes for oral argument. Industrial Energy Users–Ohio shall argue as appellant and may reserve time for rebuttal, and Columbus Southern Power Company, Ohio Power Company, Public Utilities Commission of Ohio, and Ohio Consumers' Counsel shall argue as appellees.

**2010–0723.   In re Application for Establishment of Arrangement Between Eramet Marietta, Inc. and Columbus S. Power Co.**
Public Utilities Commission, No. 09–516–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio and is scheduled for oral argument on Tuesday, March 22, 2011.

It is ordered by the court, sua sponte, that this case is consolidated with 2009–2060, *In re Application of Ormet Primary Aluminum Corp.*, Public Utilities Commission, No. 09–119–EL–AEC, for oral argument only. Pursuant to S.Ct.Prac.R. 9.5, each side shall be allotted 15 minutes for oral argument.

**2010–1315.   State v. Gould.**
Lucas App. No. L–08–1383, 2010-Ohio-3437. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.

It is ordered by the court, sua sponte, that Exhibits 1–63 and 65 of the trial court record are placed under seal.

**2010–1373.   State v. Thompson.**
Summit C.P. No. CR2008072390. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's motion for stay of execution scheduled for June 23, 2011, it is ordered by the court that the motion is granted.